MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JON R. MORGAN,

                Plaintiff,

- against -

PRINE SYSTEMS, INC.,

                Defendant.
------------------------------------------------------X

**ORDER**

19 Civ. 11499 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 12, 2020

Ramos, D.J.:

      The Court having been advised that all claims asserted against Prine Systems, Inc. have been settled, *see* Doc. 10, it is ORDERED that the action against Prine Systems, Inc. be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

      Any application to reopen **must be filed within sixty days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court.

      The Clerk of the Court is respectfully directed to terminate the defendant Prine Systems, Inc. and to close the case.

      SO ORDERED.

Dated: New York, New York
       March 12, 2020

                                                                       Edgardo Ramos, U.S.D.J.