UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON R. MORGAN, on behalf of himself and all others similarly-situated,<br><br>      Plaintiff,<br><br>   v.<br><br>PRINE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 1:19 cv 11499<br><br>STIPULATION OF<br>VOLUNTARY DISMISSAL |

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through the undersigned counsel for Plaintiff Jon R. Morgan and Defendant Prine Systems, Inc. that, pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, the above-captioned action is Dismissed in its entirety with prejudice and without costs to any party.

Dated:  June 21, , 2020

_____
Jonathan Shalom
SHALOM LAW, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
(718) 971-9474
*Attorneys for Plaintiff*

Dated: June 20, 2020

_____
Daniella Adler
LITTLER MENDELSON, P.C.
900 Third Avenue (8th Fl.)
New York, NY 10022
(212) 583-9600
*Attorneys for Defendant*

SO ORDERED:

_____
Honorable Edgardo Ramos